IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TERRY HUGHES,                  )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:12cv1007-MHT
                               )           (WO)
THE CITY OF MONTGOMERY,        )
ALABAMA, a municipality,       )
et al.,                        )
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Debora (a/k/a as Deborah) and Derrick Sanders's motion to dismiss (doc. no. 13) is granted.

(2) Defendants Debora and Derrick Sanders and the one claim against them are dismissed.

(3) Defendants Debora and Derrick Sanders are terminated as parties.

It is further ORDERED that costs are taxed against plaintiff Terry Hughes, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 14th day of January, 2013.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**