IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:12cv1007-MHT |
| | ) | (WO) |
| THE CITY OF MONTGOMERY, | ) | |
| ALABAMA, a municipality, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant City of Montgomery's motion for summary judgment (doc. no. 36) is granted.

(2) Judgment is entered in favor of defendant City of Montgomery and against plaintiff Terry Hughes, with plaintiff Hughes taking nothing by his complaint.

It is further ORDERED that all other outstanding motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff Hughes, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The case is closed.

DONE, this the 6th day of November, 2013.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**